

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

August 2, 2022

**VIA ECF AND FIRST CLASS MAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The Clerk shall terminate ECF Nos. 10 and 11. So ordered.
> /s/ Alvin K. Hellerstein
> August 3, 2022

    Re: *Christopher Clark v. City of New York, et al.*,
       22 Civ. 5647 (AKH)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York ("City") in the above-referenced matter.

    Defendant City writes to correct an error in its letter motion dated August 2, 2022 (Docket Entry No. 10), requesting a stay of discovery and proposing a briefing schedule for defendant City's motion to dismiss. Specifically, two of the dates listed in that letter motion are incorrect. Below is the correct briefing schedule that the parties agreed to:

- Defendant City's motion due September 9, 2022;

- Plaintiff's opposition due October 21, 2022; and

- Defendant City's reply, if any, due November 10, 2022.

    Accordingly, defendant City respectfully requests that the Court endorse the briefing schedule above and disregard the briefing schedule listed in its earlier letter motion.

The City thanks the Court for its consideration herein.

        Respectfully submitted,

        /s/ Jeffrey F. Frank

        Jeffrey F. Frank
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

cc: **VIA ECF**
    Masai I. Lord, Esq.
    *Counsel for Plaintiff*
    14 Wall Street, Suite 1603
    New York, New York 10279