

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

May 18, 2023

**VIA ECF AND FIRST CLASS MAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Christopher Clark v. City of New York, et al.*,
           22 Civ. 5647 (AKH)

The request is granted. The oral argument is adjourned from July 6, 2023, to September 12, 2023, at 2:30 p.m.

SO ORDERED.
/s/ Alvin K. Hellerstein
May 24, 2023

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York ("City") in the above-referenced matter. With plaintiff's consent, defendant City writes to respectfully request that the Court adjourn the oral argument scheduled for July 6, 2023, until July 21, 2023, or a later date that is convenient for the Court.

    By way of background, on October 28, 2022, defendant City filed a motion to dismiss the first amended complaint. (ECF Nos. 18–19). That motion was fully briefed on December 23, 2022. (ECF No. 23). On February 14, 2023, the Court scheduled oral argument on defendants' pending motion for June 6, 2023, at 2:30 p.m. (ECF No. 24). On the date of this writing, the Court adjourned that oral argument until July 6, 2023, at 2:30 p.m. (ECF No. 25).

    Beginning July 3, 2023, the undersigned counsel will be out of the country for about two weeks and, as such, is unable to attend the rescheduled oral argument on July 6, 2023. Counsel expects to return on July 17, 2023. Accordingly, defendant City respectfully requests that the Court adjourn the oral argument until July 21, 2023, or a later date that is convenient for the Court. This adjournment will allow defense counsel time to prepare after returning from abroad.

Defendant City thanks the Court for its consideration of this matter.

Respectfully submitted,

*[signature]*

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Masai I. Lord, Esq.
*Counsel for Plaintiff*
14 Wall Street, Suite 1603
New York, New York 10279