UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
CHRISTOPHER CLARK, :
: **ORDER**
                    Plaintiff, :
-against- : 22 Civ. 5647 (AKH)
:
CITY OF NEW YORK et al., :
:
                    Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 22, 2023, Defendant City of New York filed a letter motion requesting adjournment of the July 14, 2023, initial status conference and an extension of its time to Answer the complaint until 60 days after Plaintiff provides medical release authorizations. ECF No. 31. Defendant's ability to answer is not contingent on Plaintiff's granting medical authorizations. This Court therefore orders as follows:

1. Defendant's time to file its Answer is extended to July 10, 2023, and will not again be extended;

2. Plaintiff shall grant full medical authorizations immediately and not later than June 30, 2023; and

3. The Initial Case Management Conference is adjourned from July 14 to July 28, 2023, at 10:00 am.

        The Clerk shall terminate the motion.

        SO ORDERED.

Dated:     June 23, 2023                              /s/  Alvin K. Hellerstein
            New York, New York                  ALVIN K. HELLERSTEIN
                                                             United States District Judge